IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY M. GOULD, | ) | 4:03CV3175 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filing 24). Plaintiff's attorney requested fees of $5,694.80, representing 40 hours of attorney time at $142.37 per hour, plus expenses in the amount of $9.80. The Commissioner has filed a response (filing 24) stating that the parties have agreed to an award of EAJA fees in the amount of $5,000.00, plus expenses of $9.80.

The court has determined that Plaintiff was indeed the prevailing party in this action, as this action was remanded to the Secretary for further action; that the application for fees was filed in a timely fashion; and that the position of the Commissioner was not substantially justified. Therefore, Plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1. Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (filing 24) is granted; and

  2. By separate document, the court shall enter judgment for Plaintiff and against Defendant providing that Plaintiff is awarded attorney fees in the amount of $5,000.00 and expenses in the amount of $9.80. Payment shall be made directly to the attorney for Plaintiff, either in the form of a check or by electronic deposit of funds.

  May 6, 2005.        BY THE COURT:

                s/Richard G. Kopf
                United States District Judge